```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MARYLAND
```

BRETHREN MUTUAL INSURANCE        *
COMPANY
                                                              *

        Plaintiff
                                            *

      vs.                   CIVIL ACTION NO. MJG-10-3591
                                          *

RADIO SYSTEMS CORPORATION
t/a PETSAFE                      *

        Defendant          *

\*      \*      \*      \*      \*      \*      \*      \*      \*

## JUDGMENT

At the conclusion of trial, a Special Verdict Form was submitted to the jury and a verdict was duly rendered on June 12, 2012.

Accordingly:

1. Judgment shall be, and hereby is, entered in favor of Brethren Mutual Insurance Company against Radio Systems Corporation in the amount of $ 500,000 plus judgment interest with costs.

2. This Order shall be deemed to be a final judgment within the meaning of Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, this Monday, June 18, 2012.

                                                  _____/s/_____
                                                  Marvin J. Garbis
                                              United States District Judge